Entered on Docket
August 01, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 01, 2008

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No. 08-42957 J

KOMAKI ROMAN HAYLE,                      Chapter 13

               Debtor.   /

MEMORANDUM DECISION

    The above debtor has filed motions requesting this court to reconsider its Order Vacating Automatic Stay filed July 24, 2008, and requesting that the motion to reconsider be heard on shortened time. The court will deny both motions.

    On July 11, 2008, a hearing was held on the motion by Pamela and Ronald Thompson, as trustees ("Creditors"), for relief from the automatic stay provided by Bankruptcy Code § 362(a) to foreclose a deed of trust in their favor. The motion alleged that there was no equity in the subject property, that the Creditors were not adequately protected, that the debtor was not making payments on the note secured by the subject deed of trust, that the debtor had not

MEMORANDUM DECISION

complied with numerous requirements of chapter 13, and had not maintained insurance on the subject property.

The debtor opposed the motion, and requested time to consult with counsel. The court allowed the debtor 20 days within which to do so, and ruled that absent further court order, the creditor could foreclose its deed of trust any time on or after July 31, 2008. The order entered July 24, 2008 so provided.

Approximately 24 hours before the scheduled foreclosure sale, the debtor requested dismissal of the chapter 13, then changed his mind, and filed the subject motions. The motions allege that the debtor has maintained insurance, that Creditor is owned less than what Creditor alleges, and that the debtor plans on filing additional schedules in the case.

The court will deny the debtor's motions. First, the court has been advised that the foreclosure sale took place. If this is so, the motions are moot.

Even if the foreclosure sale has not taken place, the motions are not well grounded. The debtor has failed to file numerous required documents (or filed some forms with all spaces left blank) notwithstanding numerous warnings as to these deficiencies. The debtor has not made payments to the Creditors. The debtor has not filed the certificate of credit counseling required by Bankruptcy Code § 109(h), or a statement of exigent circumstances, and therefore, may not even be eligible for relief herein.

//

//

MEMORANDUM DECISION 2

For the foregoing reasons, the court will issue its order denying the debtor's motions.

                          **END OF ORDER**

MEMORANDUM DECISION                    3

Case: 08-42957    Doc# 35    Filed: 08/01/08    Entered: 08/01/08 13:15:10    Page 3 of 4

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Komaki Roman Hayle |
|   | 1402 Esmond Avenue |
| 3 | Richmond, CA 94801 |
| 4 | Martha G. Bronitsky |
|   | Chapter 13 Trustee |
| 5 | P.O. Box 5004 |
|   | Hayward, CA 94540-5004 |
| 6 | |
|   | Office of the U.S. Trustee |
| 7 | 1301 Clay Street, Suite 690-N |
|   | Oakland, CA 94612 |
| 8 | |
|   | Joshua L. Scheer |
| 9 | Scheer Law Group |
|   | 155 N. Redwood Drive, Suite 100 |
| 10 | San Rafael, CA 94903 |

MEMORANDUM DECISION                         4